STATE OF NEW JERSEY v. WALTER G. KOZARSKI.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JACKSON.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LEWIS.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JESSIE JONES.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS PICCIRILLO.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY YANKOWSKI.

October 25, 1976. Petition for certification is granted and the decision of the Appellate Division is summarily reversed and the matter is remanded for a disposition of the appeal on the merits.